STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 222875
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3172
    Facsimile: (213) 894-7177
    E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      vs.<br><br>ONE 1962 CHEVROLET IMPALA SS,<br><br>           Defendant.<br>_____<br>RIGOBERTO VILLASENOR,<br><br>           Claimant.<br>_____ | NO. CV 12-10159 R<br><br>CONSENT JUDGMENT OF FORFEITURE |

This action was filed on November 28, 2012 against the defendant one 1962 Chevrolet Impala SS ("defendant vehicle").

Rigoberto Villasenor ("Villasenor") filed a claim of interest in the defendant vehicle on December 14, 2012 and an answer to the complaint on May 15, 2013.  No other parties have appeared in this case and the time for filing such statements of interest and answers has expired.  Plaintiff United States of America and Villasenor have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law.  All potential claimants to the defendant vehicle other than Villasenor are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to the defendant vehicle.

4. The parties agree to sell the defendant vehicle and that upon the sale of the defendant vehicle, the sale proceeds shall be distributed in the following priority:

   a. First, for all costs and expenses incurred by the government for the storage and maintenance of the defendant vehicle since the day of seizure and for sale of the defendant vehicle;

   b. Second, $10,000.00 of the remaining sale proceeds will be paid to claimant Villasenor;

     c. Third, the balance of the remaining sale proceeds will be forfeited to the United States, and is hereby ordered forfeited to the United States of America, and no other right, title or interest shall exist therein. The government is ordered to dispose of the funds in accordance with law.

  5. The $10,000.00 of the sale proceeds outlined above in paragraph 4.b. shall be paid to Villasenor by either check or wire transfer.  If the United States elects to make the payment by check, the check will be payable to "Rigoberto Villasenor and Sherman & Sherman Client Trust Account", and mailed to Sherman & Sherman, PLC, 2115 Main Street, Santa Monica, California 90405. If the United States elects to make the payment by wire transfer, the funds will be wired transferred to the Sherman and Sherman Client Trust Account.  Villasenor and his attorney shall provide any and all information needed to process the return of these funds according to federal law.

  6. Villasenor has agreed to release the United States of America, its agencies, agents, and officers, including employees, officers and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of Villasenor, whether pursuant to 28 U.S.C. § 2465 or otherwise.

///

///

///

7. The Court finds that there was reasonable cause for the seizure of the defendant vehicle and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED:  October 15, 2014          _____
                                  THE HONORABLE MANUEL L. REAL
                                  UNITED STATES DISTRICT JUDGE

**Approved as to Form and Content:**

DATED: October 14, 2014    STEPHANIE YONEKURA
                           Acting United States Attorney
                           ROBERT E. DUGDALE
                           Assistant United States Attorney
                           Chief, Criminal Division
                           STEVEN R. WELK
                           Assistant United States Attorney
                           Chief, Asset Forfeiture Section


                             /s/ Katharine Schonbachler
                           KATHARINE SCHONBACHLER
                           Assistant United States Attorney

                           Attorneys for Plaintiff
                           United States of America


DATED: October 14, 2014    SHERMAN AND SHERMAN


                              /s/ Victor Sherman
                             VICTOR SHERMAN, ESQ.

                           Attorney for Claimant
                           RIGOBERTO VILLASENOR

4